**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID LINDAUER,

        Plaintiff,

v.                                            Case No: 6:19-cv-775-Orl-40DCI

FIFTH THIRD BANCORP and FIFTH
THIRD BANK,

        Defendants.
_____/

**ORDER**

        This cause is before the Court on Plaintiff David Lindauer and Defendant Fifth Third Bank's Joint Stipulation of Dismissal With Prejudice filed September 24, 2019. (Doc. 32). The parties advise that the action is voluntarily dismissed with prejudice. (*Id.*). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

        **DONE AND ORDERED** in Orlando, Florida on September 25, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to: